EXHIBIT AA

ADMINISTRATIVE REMEDY PROCESS

Mr. Velazquez initially wrote to Mr. L. King, Case Manager at FCI Estill regarding the absenceofhis "Earned-Time" credtis. Mr. Velazquez has since filed an Informal and BP-9. Any further exhaustion would be futile due to a narrow dispute of statutory which is exempt from the exhaustion requirement. See Gambino, 134 F.3d at 171 ("exhaustion is not required when the Petitioner demonstrates it is futile.")

EST 1330.18B
August 28, 2017
Attachment A

## INFORMAL RESOLUTION DOCUMENTATION FORM

Bureau of Prisons Program Statement 1330.18, Administrative Remedy Program, requires, in most cases, that inmates attempt informal resolution of grievances prior to the filing a formal written complaint. This form will be used to document your efforts toward informally resolving your grievance. An inmate with a valid complaint must complete the first three sections below and submit this form to his correctional counselor. Only **ONE** request per form.

Inmate Name: Angel Amaro-Velazquez  Reg. No. 23096-069        Unit: CB(F Unit)

Date Form Issued to Inmate: 11/9/2020        Date Received From Inmate: 11/10/2020

**SECTION I:    INMATE COMPLAINT/ACTION:**

1.  Nature of complaint/request - include date of incident: FCI Estill has failed to apply my "Earned Time" credits pursuant to the First Step Act. As noted, the "FSA" allows prisoners to earn time credits for programming towards their sentence.

2.  Relief requested - state briefly: FCI Estill should immediately apply 365 days of earned time credits towards my sentence.

3.  Efforts made to resolve the problem (include contacts with staff, written cop-outs, etc.): A request was made to Unit Team regarding this matter.

**SECTION II: Staff Action:**        Informally Resolved (   )    Unable To Resolve ( ✓ )

**COUNSELOR'S COMMENTS** (Include efforts to resolve informally): See the attached Response.

BP-9 Issued:        Yes ( ✓ )  Date: 11/9/2020        No (   )

_____ 11-9-2020        _____
Counselor's Signature/Date        Unit Manager's Signature/Date

RECEIVED
NOV 18 2020
By _____

*THIS INFORMAL RESOLUTION FORM MUST BE ATTACHED TO THE BP-9

AMARO-VELAZQUEZ, Angel
Register Number 23096-069

Your request to be reviewed for FSA Federal Time Credits (FTC) for participation in
Evidence-Based Recidivism Reduction (EBRR) and Productive Activities (PA) programming
pursuant to 18 U.S.C. 3632(d) (4) has been noted.   If you have enrolled in either an EBRR or PA
on/after January 2020 your FTCs are currently accruing and will be calculated.



RECEIVED
NOV 1 8 2020
By

BP-S148.055 INMATE REQUEST TO STAFF CDFRM

SEP 98

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member)<br>Mr. King, Case Manager | DATE:<br>10/26/2020 |
|---|---|
| FROM:<br>Angel Amaro-Velazquez | REGISTER NO.:<br>23096-069 |
| WORK ASSIGNMENT:<br>Camp Laundry | UNIT:<br>CB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Pursuant to 18 U.S.C. § 3632(d)(4), prisoners shall earn time credits for participation in evidence-based recidivism reduction programming or productive activities at a rate of 10 days of time credtis for every 30 days of successful participation. Additionally, a prisoner determined by the Bureau of Prisons to be at a minimum or low risk for recidivating, who, over 2 consecutive assessments, has not increased their risk recidivism, shall earn an additional 5 days time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities. A review of my current Case Management Profile indicates that FCI Estill has failed to apply my "Earned Time" credits for "Evidence-Based Recidivism Reduction Training" under the First Step Act, 18 U.S.C. § 3632(d)(4)(A).

(Do not write below this line)

DISPOSITION:

*See Attached Response.*

*10/22/2020*

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate            This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)         and BP-S148.070 APR 94


PRINTED ON RECYCLED PAPER

I believe that I have earned 365 days "Earned Time" credits due to programming. My current release date via GCT is 11/17/2025 with the appropriate "Earned Time" credits that would change my release date to 11/17/2024.

A review of my programming record supports my request. All of this programming is a vital part in preparing to be a productive citizen upon release. The absence of this credit is currently impacting the duration of my current confinement. I am requesting that you ensure that my records are adequately updated.

AMARO-VELAZQUEZ, ANGEL
Register Number 23096-069

Your request to be reviewed for earned time credits for participation in evidence-based
recidivism reduction programming pursuant to 18 U.S.C. 3632(d) (4) has been noted.
Grand Prairie will notify the Southeast Regional Office (SERO), once the computation of earned
time credits begin in this region. Earned time credits have not been computed at this time.

REQUEST FOR ADMINISTRATIVE REMEDY

Administrative Remedy Number:  1057519-F1

Part B-Response

This is in response to your Request for Administrative Remedy No. 1057519-F1, received on
November 18, 2020, wherein you request credits for Evidence-Based Recidivism Reduction
Training, based on the First Step Act (FSA) of 2018.

The First Step Act included provisions for changes to Good Conduct Time (GCT) calculations.
Staff at the Designation Sentence Computation Center (DSCC) have begun reviewing GCT
calculations and processing updated sentence computations.  Your sentence computation was
updated by the DSCC on December 17, 2019, pursuant to FSA time credits.  Further proposals
have been made again changing the procedures for calculating FSA time credits.  While this
proposed change may result in additional time credit, it will not be applicable to all inmates.  As
further information is received, the inmate population will be notified.

Based on the above information, your Request for Administrative Remedy is for informational
purposes only.

**If you are dissatisfied with this response, you may submit an appeal on the appropriate
form (BP-10) to the Regional Director's Office, 3800 Camp Creek Parkway, SW, Building
2000, Atlanta, GA  30331-6226, within 20 calendar days from the date of this response.**

Stevie M. Knight, Warden

12/11/2020
Date



EXHIBIT AB

PROGRAM REVIEW AND PARTICIPATION LOG
ANGEL AMARO-VELAZQUEZ, REG. NO. 23096-069



# Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

**SEQUENCE:** 00989256
**Team Date:** 10-07-2020

Plan is for inmate: AMARO-VELAZQUEZ, ANGEL  23096-069

| | | | | |
|---|---|---|---|---|
| Facility: | EST ESTILL FCI | Proj. Rel. Date: | 11-17-2025 |
| Name: | AMARO-VELAZQUEZ, ANGEL | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 23096-069 | DNA Status: | GUA08063 / 02-27-2015 |
| Age: | 42 | | |
| Date of Birth: | 09-30-1978 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| EST | C LAUNDRY | CAMP LAUNDRY ORDERLY | 08-31-2020 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| EST | ESL HAS | ENGLISH PROFICIENT | 06-30-2003 |
| EST | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-17-2003 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| EST SCP | C | IMPORT EXPORT (EM #2) | 07-31-2018 | 12-06-2018 |
| EST SCP | C | CAMP BEADING | 06-12-2018 | 08-26-2018 |
| EST SCP | C | WRITING A HR MANUAL (PG#6) | 08-01-2017 | 08-01-2017 |
| EST SCP | C | WORKING TOGETHER (#6) | 08-01-2017 | 08-01-2017 |
| EST SCP | C | CONTINUOUSLY IMPROVING SELF(#6 | 08-01-2017 | 08-01-2017 |
| EST SCP | C | MANAGING NEGATIVE PEOPLE(#2/#6 | 08-01-2017 | 08-01-2017 |
| EST SCP | C | CAMP CROCHETING S/S 8-9:30 AM | 05-22-2017 | 08-18-2017 |
| EST SCP | C | MANAGING ANGER (PG #6) | 07-31-2017 | 07-31-2017 |
| EST SCP | C | ACCOUNTING CYCLE (#2,#3,#6) | 07-31-2017 | 07-31-2017 |
| EST SCP | C | FINDING YOUR PURPOSE(#6) | 06-28-2017 | 06-28-2017 |
| EST SCP | C | WRITING A MARKET PLAN(#2/#6) | 06-01-2017 | 06-01-2017 |
| EST SCP | C | CONFLICT MANAGEMENT (PG #6) | 05-17-2017 | 05-17-2017 |
| EST SCP | C | THINKING ON YOUR FEET (#6) | 05-17-2017 | 05-17-2017 |
| EST SCP | C | BUS. OF LISTENING (PG#6) | 05-17-2017 | 05-17-2017 |
| EST SCP | C | CREATING RAPPORT (PG #6) | 04-21-2017 | 04-21-2017 |
| EST SCP | C | CRITICAL THINKING (PG #6) | 12-01-2016 | 12-31-2016 |
| EST SCP | C | INSIDE OUT DAD FRI. 1-2 P(PG#6 | 01-09-2017 | 03-31-2017 |
| EST SCP | C | JOB FAIR INTER(EM#2/CR#4/PG#6) | 09-29-2016 | 09-29-2016 |
| EST SCP | C | FACE TO FACE COMMUNICATION(#6) | 01-01-2017 | 01-31-2017 |
| EST SCP | C | DEVELOPING SELF-ESTEEM (PG #6) | 01-01-2017 | 01-31-2017 |
| EST SCP | C | COMMUNICATION SKILLS (#2/#6) | 11-01-2016 | 11-30-2016 |
| EST SCP | C | CHANGE MANAGEMENT (#6) | 11-01-2016 | 11-30-2016 |
| EST SCP | C | IMPROVING ATTITUDE (#6) | 11-01-2016 | 11-30-2016 |
| EST SCP | C | QUALITY CUSTOMER(#2/#6) | 09-01-2016 | 09-30-2016 |
| EST SCP | C | BUSINESS WRITING (#2/#6) | 09-01-2016 | 09-30-2016 |
| EST SCP | C | BASICS OF MANUFACTURING(#2/#6) | 09-01-2016 | 09-30-2016 |
| EST SCP | C | BASICS OF INVENTORY MGT(#2/#6) | 09-01-2016 | 09-30-2016 |
| EST SCP | C | SCP LEATHER M/W/F 8-9AM PG#6 | 06-29-2016 | 09-28-2016 |
| EST SCP | C | GUIDE TO OSHA (EM #2) | 08-01-2016 | 08-31-2016 |
| EST SCP | C | ACHIEVING LIFE BALANCE (#6 PG) | 08-01-2016 | 08-31-2016 |
| EST SCP | C | ACCOUNTING ESSENTIALS(#2/#3/#6 | 08-01-2016 | 08-31-2016 |
| EST SCP | C | 1ST YEAR OF YOUR 2ND CHANCE/SP | 06-15-2016 | 09-07-2016 |
| EST SCP | C | BASIC TYPING - SCP (PG#6) | 07-01-2016 | 07-31-2016 |
| EST SCP | C | INTERMEDIATE TYPING (PG #6) | 07-01-2016 | 07-31-2016 |
| EST SCP | C | ADVANCED TYPING (PG#6) | 07-01-2016 | 07-31-2016 |
| EST SCP | C | BASIC TYPING - SCP (PG#6) | 06-01-2016 | 06-30-2016 |
| EST SCP | C | BASIC TYPING - SCP (PG#6) | 06-01-2016 | 06-30-2016 |



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: AMARO-VELAZQUEZ, ANGEL 23096-069

SEQUENCE: 00989256

Team Date: 10-07-2020

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

**\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 05-04-2016 |
| CARE2 | STABLE, CHRONIC CARE | 08-18-2020 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 05-13-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 05-03-2016 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-11-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-11-2015 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 09-06-2018 |
| ED WAIT RS | DRUG EDUCATION WAIT-RQ SPANISH | 06-02-2017 |

### FRP Details

**Most Recent Payment Plan**

FRP Assignment:    COMPLT    FINANC RESP-COMPLETED    Start: 06-27-2016

Inmate Decision:    AGREED    $100.00    Frequency: SINGLE

Payments past 6 months:    $0.00    Obligation Balance: $0.00

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |
| 2 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |

### Payment Details

Trust Fund Deposits - Past 6 months: $739.30    Payments commensurate ?   N/A

New Payment Plan:    \*\* No data \*\*

### Progress since last review

Amaro-Velazquez is assigned to Camp Laundry as an Orderly. He receives good work reports from his detail supervisor. He participates in self-help programs and recreational activities.

### Next Program Review Goals

Amaro-Velazquez was requested to enroll in the Critical Thinking class and to display satisfactory progress by his next Program Review, 04-2021.

### Long Term Goals

Maintain family/community ties by utilizing (phone, approved visitation, mail, and e-mail) thru 10-2021.

### RRC/HC Placement

No.
Insufficient time to process RRC referral.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

I/m will be reviewed for RRC placement 17-19 month prior to PRD

### Comments

```
   ESTEO  531.01 *          INMATE HISTORY           *     12-18-2020
   PAGE 001      *            WRK DETAIL             *     14:59:55

   REG NO..: 23096-069 NAME....: AMARO-VELAZQUEZ, ANGEL
   CATEGORY: WRK      FUNCTION: PRT      FORMAT:

   FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
   EST    C LAUNDRY  CAMP LAUNDRY ORDERLY         08-31-2020 0736 CURRENT
   EST    ORD CA     ORDERLY CA 7:30 AM - 3:00 PM 08-13-2020 1448 08-31-2020 0736
   EST    ORD AB     ORDERLY AB 7:30 AM - 3:00 PM 08-12-2020 1402 08-13-2020 1448
   EST    C REC AM   REC ORD 7:30A - 3:45P        07-01-2020 1247 08-12-2020 1402
   EST    UNASSIGNED A&O COMPLETE/UNASSIGNED      05-14-2020 0033 07-01-2020 1247
   EST    SHU WORK   SPECIAL HOUSING WORK ASSG    02-24-2020 1022 05-14-2020 0033
   EST    C LAUNDRY  CAMP LAUNDRY ORDERLY         04-12-2019 1550 02-24-2020 1022
   EST    C LAUNDRY  CAMP LAUNDRY ORDERLY         09-02-2018 0001 04-12-2019 1025
   EST    C REC AM   REC ORD 7:30A - 3:45P        06-22-2018 1525 09-02-2018 0001
   EST    C REC AM   REC ORD 7:30A - 3:45P        02-02-2018 1740 06-22-2018 1229
   EST    C REC AM   REC ORD 7:30A - 3:45P        10-19-2017 1129 02-02-2018 1245
   EST    C REC AM   REC ORD 7:30A - 3:45P        04-28-2017 2021 10-19-2017 0607
   EST    UNASSIGNED UNASSIGNED                   04-26-2017 0001 04-28-2017 2021
   EST    C LNDSCAPE CAMP LANDSCAPE 7:30A - 3:00P 04-04-2017 1609 04-26-2017 0001
   EST    C LNDSCAPE CAMP LANDSCAPE 7:30A - 3:00P 11-21-2016 1130 04-04-2017 1113
   EST    C LNDSCAPE CAMP LANDSCAPE 7:30A - 3:00P 05-06-2016 0001 11-21-2016 0647
   EST    C A&O      CAMP ADMISSION & ORIENTATION 05-04-2016 1548 05-06-2016 0001
   EST    A&O        ADMISSION & ORIENTATION      05-03-2016 0830 05-04-2016 1548
   ATL    DCU UNASSG DETENTION CENTER UNASSIGNED  04-21-2016 2032 05-03-2016 0346
   ATL    DCU UNASSG DETENTION CENTER UNASSIGNED  04-21-2016 1422 04-21-2016 1447
   GUA    F/S AM DET FOOD SERV AM DET             03-30-2016 0800 04-21-2016 0747
   GUA    F/S AM DET FOOD SERV AM DET             02-27-2016 0844 03-30-2016 1412
   GUA    UNASSG     NO WORK ASSIGNMENT           02-24-2016 1501 02-27-2016 0844
   GUA    UNASSG     NO WORK ASSIGNMENT           01-07-2016 2017 02-24-2016 1311
   GUA    3B ORD     3B ORD                       07-06-2015 1051 11-18-2015 0852
   GUA    UNASSG     NO WORK ASSIGNMENT           02-26-2015 1939 07-06-2015 1051
   GUA    GYM ORD    GYM ORD                      07-25-2005 2251 10-19-2005 1341
   GUA    GYM ORD    GYM ORD                      07-07-2005 1418 07-19-2005 1023
   GUA    LAUNDRY    LAUNDRY                      03-30-2005 2007 07-07-2005 1418
   GUA    LAUNDRY    LAUNDRY                      12-21-2004 2008 03-24-2005 0951
   GUA    LAUNDRY    LAUNDRY                      11-18-2004 1249 12-15-2004 0947
   GUA    CCS 1      CORRECTIONAL CUSTODY ORDERLY 08-31-2004 1008 11-18-2004 1249
   GUA    V/R ORD/PM VISITING ROOM ORDERLY        08-26-2004 1433 08-31-2004 1008
   GUA    CCS 1      CORRECTIONAL CUSTODY ORDERLY 08-18-2004 1233 08-26-2004 1433
   GUA    1C REC/YRD 1C REC/YRD                   07-28-2004 1713 08-18-2004 1233
   GUA    LAUNDRY    LAUNDRY                      06-20-2004 2030 07-28-2004 1713
   GUA    LAUNDRY    LAUNDRY                      05-22-2004 0001 06-20-2004 0813
   GUA    MED/CONV   MEDICAL CONVALESCENCE        05-17-2004 1452 05-22-2004 0001
   GUA    LAUNDRY    LAUNDRY                      05-16-2004 0943 05-17-2004 1452
   GUA    MED/CONV   MEDICAL CONVALESCENCE        05-10-2004 0943 05-16-2004 0943
   GUA    LAUNDRY    LAUNDRY                      05-10-2004 1311 05-12-2004 0943

   G0002       MORE PAGES TO FOLLOW . . .
```

```
     ESTEO   531.01 *                 INMATE HISTORY              *      12-18-2020
     PAGE 002 OF 002 *                 WRK DETAIL                 *      14:59:55

     REG NO..: 23096-069 NAME....: AMARO-VELAZQUEZ, ANGEL
     CATEGORY: WRK          FUNCTION: PRT          FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| GUA | MED/CONV | MEDICAL CONVALESCENCE | 04-27-2004 1309 | 05-10-2004 1311 |
| GUA | LAUNDRY | LAUNDRY | 04-27-2004 1509 | 04-29-2004 1309 |
| GUA | LAUNDRY | LAUNDRY | 12-12-2003 1411 | 04-27-2004 0737 |
| GUA | 1A F/S ORD | 1A F/S ORD | 07-22-2003 1149 | 12-12-2003 1411 |
| GUA | 1A M/FLOOR | 1A M/FLOOR | 07-09-2003 1005 | 07-22-2003 1149 |
| GUA | UNASSG | NO WORK ASSIGNMENT | 07-09-2003 0952 | 07-09-2003 1005 |
| GUA | LAUNDRY | LAUNDRY | 02-04-2003 0746 | 07-09-2003 0952 |
| GUA | MAINT I | MAINTENANCE I | 11-19-2002 0917 | 02-04-2003 0746 |
| GUA | UNASSG | NO WORK ASSIGNMENT | 10-25-2002 0741 | 11-19-2002 0917 |
| GUA | UNASSG | NO WORK ASSIGNMENT | 10-23-2002 1247 | 10-29-2002 0741 |
| GUA | 2A ORD | UNIT ORDERLY | 09-18-2002 0923 | 10-23-2002 1247 |
| GUA | 2A ORD | UNIT ORDERLY | 12-27-2001 0725 | 10-07-2002 0923 |
| GUA | UNASSG | NO WORK ASSIGNMENT | 09-27-2001 1637 | 12-27-2001 0725 |
| GUA | A&O | A&O-PENDING CLASSIFICATION | 08-30-2001 1721 | 09-27-2001 1637 |

```
     G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT AC

## MALE PATTERN SCORE

Mr. Amaro-Velazquez has been scored consecutively as being
___LOW___ risk for recidivism. This establishes he is entitled to
15 days earned time credit per 30 days of EBRR Programming.

## MALE PATTERN RISK SCORING

| Register Number: | 23096-069 | Date: | 12/10/2020 |
| --- | --- | --- | --- |
| Inmate Name: | AMARO | ANGEL | |

| MALE RISK ITEM SCORING | CATEGORY | GENERAL SCORE | Enter Score | VIOLENT SCORE | Enter Score |
| --- | --- | --- | --- | --- | --- |
| **1. Current Age** | > 60 | 0 | | 0 | |
| | 51-60 | 7 | | 4 | |
| 41-50 | 41-50 | 14 | 14 | 8 | 8 |
| Click on gray dropdown box to select, then click on dropdown arrow | 30-40 | 21 | | 12 | |
| | 26-29 | 28 | | 16 | |
| | < 26 | 35 | | 20 | |
| **2. Walsh w/Conviction** No | No | 0 | 0 | 0 | 0 |
| | Yes | 1 | | 0 | |
| **3. Violent Offense (PATTERN)** No | No | 0 | 0 | 0 | 0 |
| | Yes | 5 | | 5 | |
| **4. Criminal History Points** | 0 - 1 Points | 0 | | 0 | |
| 2-3 Points | 2 - 3 Points | 8 | | 4 | |
| | 4 - 6 Points | 16 | 8 | 8 | 4 |
| | 7 - 9 Points | 24 | | 12 | |
| | 10 - 12 Points | 32 | | 16 | |
| | > 12 Points | 40 | | 20 | |
| **5. History of Escapes** | None | 0 | | 0 | |
| None | > 10 Years Minor | 2 | 0 | 1 | 0 |
| | 5 - 10 Years Minor | 4 | | 2 | |
| | < 5 Years Minor/Any Serious | 6 | | 3 | |
| **6. History of Violence** | None | 0 | | 0 | |
| None | > 10 Years Minor | 1 | | 1 | |
| | > 15 Years Serious | 2 | | 2 | |
| | 5 - 10 Years Minor | 3 | 0 | 3 | 0 |
| | 10 - 15 Years Serious | 4 | | 4 | |
| | < 5 Years Minor | 5 | | 5 | |
| | 5 - 10 Years Serious | 6 | | 6 | |
| | < 5 Years Serious | 7 | | 7 | |
| **7. Education Score** | Not Enrolled | 0 | | 0 | |
| HS Degree / GED | Enrolled in GED | -2 | -4 | -1 | -2 |
| | HS Degree / GED | -4 | | -2 | |
| **8. Drug Program Status** | No DAP Completed | 0 | | 0 | |
| No DAP Completed | NRDAP Complete | -3 | 0 | -1 | 0 |
| | RDAP Complete | -6 | | -2 | |
| | No Need | -9 | | -3 | |
| **9. All Incident Reports (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 1 | 0 | 1 | 0 |
| | 2 | 2 | | 2 | |
| | >2 | 3 | | 3 | |
| **10. Serious Incident Reports (120 months)** | 0 | 0 | | 0 | |
| 0 | 1 | 2 | 0 | 2 | 0 |
| | 2 | 4 | | 4 | |
| | >2 | 6 | | 6 | |
| **11. Time Since Last Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 2 | 0 | 1 | 0 |
| | 3-6 months | 4 | | 2 | |
| | <3 | 6 | | 3 | |
| **12. Time Since Last Serious Incident Report** | 12+ months or no incidents | 0 | | 0 | |
| 12+ months or no incidents | 7-12 months | 1 | 0 | 2 | 0 |
| | 3-6 months | 2 | | 4 | |
| | <3 | 3 | | 6 | |
| **13. FRP Refuse** No | NO | 0 | 0 | 0 | 0 |
| | YES | 1 | | 1 | |
| **14. Programs Completed** | 0 | 0 | | 0 | |
| >10 | 1 | -2 | | -1 | |
| | 2 - 3 | -4 | -8 | -2 | -4 |
| | 4 - 10 | -6 | | -3 | |
| | > 10 | -8 | | -4 | |
| **15. Work Programs** | 0 Programs | 0 | | 0 | |
| 0 Programs | 1 Program | -1 | 0 | -1 | 0 |
| | >1 Program | -2 | | -2 | |
| **Total Score (Sum of Columns)** | | General: | 10 | Violent: | 6 |
| **General/Violent Risk Levels** | | General: | Minimum | Violent: | Minimum |
| **OVERALL MALE PATTERN RISK LEVEL** | | | Minimum | | |

EXHIBIT AD

DECLARATION OF ANGEL AMARO-VELAZQUEZ

I, Angel Amaro-Velazquez, am over the age of 18 and fully competent to make the following declaration:

1) I am currently incaraerated at Federal Correctional Institution Estill ("FCI Estill"), in Unit CB. My Federal Bureau of Prisons Register Number is 23096-069.

2) Since December 21, 2018, I have participated in the following Evidence-Based Recidivism Reduction Training:

    (A) CONTINUAL INMATE EMPLOYMENT
    (B) FAITH-BASED ACTIVITIES AND PROGRAMMING
    (C) SCP DRAWING
    (D) CONTINUOUSLY IMPROVING SELF
    (E) MANAGING ANGER
    (F) IMPROVING ATTITUDE
    (G) BASICS OF INVENTORY
    (H) ACCOUNTING ESSENTIALS
    (I) CRITICAL THINKING
    (J) INFECTIOUS DISEASE PREVENTION

3) I am eligible for earned time credits under the First Step Act.

4) Case Manager King determined and assigned Programming Activities for me at my Unit Team meetings.

5) The assignments by Case Manager King meet the requirements.

6) I have earned enough credit to reduce my sentence by 365 days and for immediate transfer to pre-release status to include an RRC or home confinement for the maximum period authorized by the "FSA".

7) If my days of credit are applied upon program completion, under 18 U.S.C. § 3632(d)(4), 3635, I should have been released by now.

8) FCI Estill staff are attempting to obstruct my Administrative Remedy Rights by responding late and misrepresenting the facts. Thus, keeping me from pursuing my liberty interests in this matter.

I declare under ther penalty of perjury that the foregoing is true and correct.

/s/ Angel Amaro
Angel Amaro-Velazquez